United States District Court of Maine

FRANCIS L. OSIER

v/s

NORTH SCHOOL

COMPLAINT

SCANNED

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED JUL 25 PM

2006 JUL 25 A 9:43

Francis F Osier
P.O 1256 WESTBROOK
MAINE
04098

I was at North School 2 years 248 Congress Street & there paid ⅓ of the rent the rest was payed by government HUD. While there was cold first winter& also both men on side of me where slamming there door called the police one & went to the manager. The manager do nothing. Went to manager company prevention Management & they do nothing. I should of left that year. I stayed another year & so cold that winter got phemunica [pneumonia] in hospital for three days. I have been given round around been to two Senators office snow & Collins minded my business & went out the side door as a women trouble, when went out front door. I left there when it come time for they take my raise on social security. I gave my 30 day notice & had put in for another apartment. Went to see my sister for 6 weeks, as had to get away after what put up with at North School. When get back went to Bering Palace & they said had written a notice in mail they had an apartment lost that. Went to get an apartment at ambassador on Casco street, I went to Augusta to get a section 8 voucher & they would give to me to dost [get?] an apartment there.

Next went to Congress Square Plaza & they said had two apartments & showed me both & said I could have the efficiency. I done a lot of running around as had to have papers made out from 3 places had been (2) before. They gave me a hard time & the other references had not problem when got a reference from Marty McEntire (North School). They told me that she wrote & not nice to her, I did tell here she set on butt & do nothing about the heat & slamming door. She said I wouldn't sign a piece of paper to inspect apartment. I said they as I been in the apartment, I did sign & when three of them came in apartment I left. She also said I told here to take out my deposit for last month's rent. Went to court house about sue then.

I did this as a friend I knew in apartment house there told me when she left they would not give her back deposit. I was at another apartment & done same thing to me & took them to court & lost part of the deposit. I been to Augusta to governors office & to office up there on housing had a lawyer while there & no one do any thing. I put plastic over windows to keep out cold & over the outside wall & the wind took of the plastic.

hard for me to live there. I told Morley you want it warm when you get home but I can't have it in apartment there at North school. They want me to live (3) in subsidized apartment & pay 1/3 of my rent. Of My Mertens pension & also my social security. Where ever been before they had not complaint of me living there. I left I would of stayed, if they had done something, I paid my rent each month

I don't know how one person can take away my right under housing. all people in those apartment housing gets income for government through our rent. many people I know, also have left one place for an other many times. The manager said at Congress square I had to have two bad reports against me. my income is going here at Manor Lodge & also have to pay for things in storage. This is not fair legal or right. I said why don't you give me the & theirs you paying for an apartment give to me, it is all through government money from Washington to the State of Maine. I have done all I can & don't know why some one do something. I am a US Citizen & spent most of my life in the State of Maine

While I was there it was cold in the bedroom, & the management does having people in there & wake me up at night. I moved into the living room. It cold there & moved into ④ the dining room kept to hall & cold there had to go & get warmer blankets + flannel sheets. The janitor did nothing & had to turn on the stove in kitchen to get heat. It got so that I get out & stay away all day at library or somewhere else to keep warm. I had the city inspector in & before came was so cold that ready to leave. I don't know if the janitor turned up heat before he came in. I also put plastic to block off the living room from dining room & hall & kitchen & the hall that went into living room.

My money & the money that government put in went right out through the walls. I have been to Pine Tree Legal & office next to it. They told me to go make out an application at 100 State Street where I had been once before. Congress Square Plaza would not accept what manager wrote then the other apartment made out papers for than it not right. I never caused any problem in any apartment where been. It was the other people there that made it